# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| WALTER CURTIS SETTLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV416-106 |
| WINNEBAGO INDUSTRIES, INC., | ) |
| Defendant. | ) |

## O R D E R

The Court having reviewed and considered the petition of Mark D. Lefkow of the law firm of Nail & Miller, LLP, 235 Peachtree Street, N.E., 1500 North Tower, Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of defendant Winnebago Industries, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Mark D. Lefkow as counsel of record for defendant Winnebago Industries, Inc., in this case.

**SO ORDERED** this __6th__ day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA