# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH   DIVISION

| | | |
|---|---|---|
| WALTER CURTIS SETTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   CV416-106 |
| | ) | |
| WINNEBAGO INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Zachary C. Meeks of the law firm of Alex Simanovsky & Associates, LLC, 2300 Henderson Mill Road, Suite 300, Atlanta, Georgia 30345 for permission to appear pro hac vice on behalf of plaintiff Walter Curtis Settle, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Zachary C. Meeks as counsel of record for plaintiff Walter Curtis Settle, in this case.

**SO ORDERED** this ___17th___ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA