FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2017 MAR 13 PM 4:07

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
WALTER CURTIS SETTLE,          )
                               )
     Plaintiff,                )
                               )
v.                             )     CASE NO. CV416-106
                               )
WINNEBAGO INDUSTRIES, INC.,    )
                               )
     Defendant.                )
                               )
```

**O R D E R**

Before the Court is the parties' Stipulation of Dismissal. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 13th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Defendant's Motion for Summary Judgment is **DISMISSED AS MOOT**.